## EXHIBIT C

## CASH RECEIPTS AND DISBURSEMENTS

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-42529 H | Trustee: | (330360) GLENN R. HEYMAN |
|---|---|---|---|
| Case Name: | SWIDERSKI III, JOSEPH MARION | Filed (f) or Converted (c): | 09/30/05 (f) |
| | | §341(a) Meeting Date: | 11/16/05 |
| Period Ending: | 10/17/07 | Claims Bar Date: | 10/09/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real Estate | 400,000.00 | 360,000.00 | DA | 0.00 | FA |
| 3 | Cash on Hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Pension Plans and Profit Sharing | 136,000.00 | 0.00 | | 0.00 | FA |
| 5 | Bank Accounts | 25.00 | 25.00 | DA | 0.00 | FA |
| 6 | Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Jewelry | 100.00 | 100.00 | DA | 0.00 | FA |
| 8 | Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Stock and Business Interests | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Fraudulent Transfer Litigation (u) | 0.00 | 300,000.00 | | 135,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 203.52 | Unknown |
| | **Assets Totals** (Excluding unknown values) | **$536,725.00** | **$660,125.00** | | **$135,703.52** | **$0.00** |

**Major Activities Affecting Case Closing:**

09/2007: received settlement on preference case. Will review claims and close after Bar Date

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 05-42529 H
**Case Name:** SWIDERSKI III, JOSEPH MARION
**Period Ending:** 10/17/07

**Trustee:** (330360) GLENN R. HEYMAN
**Filed (f) or Converted (c):** 09/30/05 (f)
**§341(a) Meeting Date:** 11/16/05
**Claims Bar Date:** 10/09/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): February 28, 2009    Current Projected Date Of Final Report (TFR): February 28, 2009

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-42529 H | **Trustee:** GLENN R. HEYMAN (330360) |
| **Case Name:** SWIDERSKI III, JOSEPH MARION | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****54-19 - Time Deposit Account |
| **Taxpayer ID #:** 13-7574938 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 10/17/07 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 09/05/07 | | FUNDING ACCOUNT: ********5465 | Transfer funds to TDA Account | 9999-000 | 132,000.00 | | 132,000.00 |
| 10/11/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 165.91 | | 132,165.91 |
| 10/11/07 | | | Transfer of funds to MMA | Transfer Funds TDA closeout | 9999-000 | | 132,165.91 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 132,165.91 | 132,165.91 | $0.00 |
| Less: Bank Transfers | 132,000.00 | 132,165.91 | |
| **Subtotal** | 165.91 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$165.91** | **$0.00** | |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-42529 H | Trustee: | GLENN R. HEYMAN (330360) |
| --- | --- | --- | --- |
| Case Name: | SWIDERSKI III, JOSEPH MARION | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****54-65 - Money Market Account |
| Taxpayer ID #: | 13-7574938 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/17/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/17/07 | {9} | Law Offices of David P. Leibowitz, LLC | Settlement on Fraudulent Conveyance | 1241-000 | 135,500.00 | | 135,500.00 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 24.11 | | 135,524.11 |
| 09/05/07 | | ACCOUNT FUNDED: ********5419 | Transfer funds to TDA Account | 9999-000 | | 132,000.00 | 3,524.11 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.50 | | 3,537.61 |
| 10/11/07 | | | Transfer funds from TDA | 9999-000 | 132,165.91 | | 135,703.52 |

| | | | ACCOUNT TOTALS | | 267,703.52 | 132,000.00 | $135,703.52 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Less: Bank Transfers | | 132,165.91 | 132,000.00 | |
| | | | Subtotal | | 135,537.61 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $135,537.61 | $0.00 | |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| CD # ***-*****54-19 | 165.91 | 0.00 | 0.00 |
| MMA # ***-*****54-65 | 135,537.61 | 0.00 | 135,703.52 |
| | $135,703.52 | $0.00 | $135,703.52 |